UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LAKERSKO BROWN, et al.,** )  )  **Plaintiffs,** )  )  v. )  )  **TENNESSEE DEPARTMENT OF** )  **FINANCE AND ADMINISTRATION** )  **and M.D. GOETZ, Jr., Commissioner,** )  )  **Defendants.** ) | No. 3:00-0665  JUDGE ECHOLS |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, Plaintiffs' Second Amended Motion For An Order For Specific Performance For Non-Compliance With Settlement Agreement (Docket Entry No. 218) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE