UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LAKERSKO BROWN, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:00-0665 |
| ) | JUDGE ECHOLS |
| **TENNESSEE DEPARTMENT OF FINANCE** ) | |
| **AND ADMINISTRATION and** ) | |
| **M.D. GOETZ, Jr., Commissioner,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Settlement Agreement approved by the Court on June 17, 2004, apparently expired by its terms on December 31, 2009, since no written motion was filed to continue the Settlement Agreement pursuant to Section XII.B of the Settlement Agreement. No other motions are pending in the case.

Accordingly, the Clerk is hereby directed to close the case administratively.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE